**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-1681**

—————————

EDWARD ILLSLEY,

        Plaintiff - Appellant,

    v.

TRUIST BANK,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00097-BO-RJ)

—————————

Submitted:  February 22, 2024                Decided:  February 26, 2024

—————————

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Edward Thomas Illsley, Appellant Pro Se.  Daniel Gerald Cahill, Caroline P. Mackie, POYNER SPRUILL LLP, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Thomas Illsley seeks to appeal the district court's order dismissing one of the two claims Illsley raised in his complaint.  Appellee moves to dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Illsley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellee's motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*